# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MERCEDES-BENZ USA LLC,**

        **Plaintiff,**

   v.                                          Case No. 07C0389

**CONCOURS MOTORS, INC.,**

        **Defendant.**

---

## DECISION AND ORDER

On September 26, 2008, defendant filed a motion to amend and supplement its answer and counterclaims. On October 20, 2008, plaintiff notified the court that it will not file an opposition to the motion. I find that allowing the amended and supplemented pleading is in the interest of justice. **THEREFORE, IT IS ORDERED** that defendant's motion is **GRANTED**. The clerk shall file Exhibit A to docket entry #53 (i.e., the amended and supplemented answer and counterclaim) as a new docket entry. Plaintiff's time to file any response to the amended pleading shall begin to elapse on the date that the clerk files it as a new docket entry.

Dated at Milwaukee, Wisconsin, this 21 day of October, 2008.

/s_____
LYNN ADELMAN
District Judge